86

971 A.2d 486

In the Matter of Opening a Private Road for the Benefit of Timothy P. O'REILLY Over Lands of (A) Hickory On The Green Homeowners Association, and (B) Mary Lou Sorbara; Gregory E. Burgunder; Ann E. Cain; Don E. Cottrill & Norma J. Cottrill, h/w; Joseph K. Cupples; Bart V. Delcimmuto; James D. Dragoo & Linda J. Dragoo, h/w; Kimberly M. Fonzi; Brian J. Gallagher & Diane J. Gallagher, h/w; Dolores M. Gembarosky; Michael J. Gralish, Jr. & Virginia A. Gralish, h/w; James Battista; Jeffery W. Hutchens; Michael Steinberg; George E. Wilmot & Linda M. Wilmot, h/w; Harry J. Lee, Jr.; John G. Byrne; S. Greg Malone; Joseph V. Mazur & Kelly L. Poole; Thomas C. Schaal & Patty G. Schaal, h/w; Regis G. Niederberger & Kathleen C. Niederberger, h/w; Gordon J. Orr; Anne M. Paul; Thomas G. Porter & Melinda D. Porter, h/w; Joseph Alan Shrager; Eric H. Rittenhouse & Danielle L. Rittenhouse, h/w; Lisa A. Cusick; Jerome Schmier & Carol Falo, h/w; Nancy J. Huff; Marcus A. Spatafore & Kristin C. Spatafore, h/w; William E. Sprecher & Marcellene Sprecher, h/w, and Frank J. Sprecher & Agnes E. Sprecher, h/w, Life Estate; Roxanne M. Squillante; Susan C. Stanko; Shanan R. Stewart; Gerald W. Danhires & Linda Danhires, h/w; Gregory Taylor; Gianna M. Yeckley; Dennis M. Zamerski & Noreen Zamerski, h/w; Betty B. Williams & Leon I. Williams (Co-Trustees); Micheline Stabile; William F. Pitzer; Janet Zewe; Franki R. Colangelo; Karen R. Billingham; Roman M. Hlutkowski; Virginia L. Knaus, Trustee Under Qualified Personal Residence Trust Agreement, Dated July 27, 2000; Joan L. Massella; Donna Durkan; Geraldine R. Altenhof; Aprajita Rathore & Ravi Ramamoorthy, h/w; James E. Spence & Kathy F. Spence, h/w; Tracy West Malone; Jennifer A. Callery; The Judith F. Koblitz Trust; Adrianna F. Viola; Dorothy D. Wagner; Spitzig Living Trust and William A. Spitzig And Marilyn J. Spitzig (Trustees); Sandra Jean Hanson; Thomas C. Skena; Zaraf Moshin; Paul W. Amic & Carole L. Amic, h/w; Margaret M. Showalter; James P. Flannery & Patricia C. Flannery, h/w; Deborah A. Gertz; Carol L. Schartner; John A. Udischas & Susan C. Udischas, h/w; Donna M. Bartko; Kyli J. Martin; Frederick Rapone Sr. & Roberta Rapone, h/w; Amy R. Solomon; Richard M. Buck & Barbara L. Buck, h/w; Arlene Lipton; William G. Eiler; Catherine M. Smith; David J. Carroll; Mildred K. Fincke; Margaret M. Cornellius; Joseph A. Testa & Margaret J. Testa, h/w; Candace L. Salvini; A. Whitney Lobdell &

Roberta S. Lobdell, h/w; Ronald G. Bauer & Teresa L. Bauer, h/w; Anna Marie Cimarolli; Jor R. Palmer & Ann D. Palmer, h/w; Rita V. Frizlen; Joseph J. Astorino & Marilyn J. Astorino, h/w; Thomas S. Phillips; John A. Gercher; Naomi H. Patton; Stanley A. Hack & Christine E. Hack, h/w; Melissa J. Schiller & Melanie M. Schiller; John Schlater & Paulette Schlater h/w; William J. Garrity, Sr. & Patricia Ann Garrity, h/w; Archie L. Mcintyre; Clarence Joseph Welter & Mara Welter, h/w; Lisbeth A. Dineen; Charles W. Fetrow & Margaret A. Fetrow, h/w; Jocelyn Breakwell, Mark A. Petrozza & Dorothy M. Petrozza, h/w; Jamie A. Brace, as their Interest May Appear

Petition of Hickory on the Green Homeowners Association, et al.

Supreme Court of Pennsylvania.

April 28, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the Petition for Allowance of Appeal is **GRANTED** on the following issue, as framed by Petitioner:

Whether Pennsylvania's Private Road Act, 36 P.S. §§ 2731 *et seq.,* is unconstitutional under Sections 1 and 10 of Article I of the Pennsylvania Constitution, or the Fifth Amendment to the United States Constitution?